UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80505-CIV-RYSKAMP/VITUNAC

ALLEN FOX,

           Plaintiff,

v.

ROGER DEAN CHEVROLET, INC.,
A Florida Corporation,

           Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES**

THIS CAUSE comes before the Court upon Plaintiff's Motion to Strike Defendant's Ninth and Eleventh Affirmative Defenses **[DE 14]** filed on August 14, 2007. Pursuant to S.D. Fla. Local Rule 7.1(C), failure to timely respond may be sufficient cause to grant the relief sought by default. Moreover, a defense will be stricken if it is insufficient as a matter of law. *Anchor Hocking Corp. V. Jacksonville Elec. Auth.*, 419 F.Supp. 992, 1000 (M.D. Fla. 1976). Defendant's response was due on August 29, 2007, and it has failed to file a response. Accordingly, it is hereby,

ORDERED AND ADJUDGED that Plaintiff's Motion **[DE 14]** is GRANTED. The Ninth and Eleventh Affirmative Defenses shall be stricken from Defendant's Answer **[DE 9]**.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 13 day of September, 2007.

                                                     /s/ Kenneth L. Ryskamp
                                                   KENNETH L. RYSKAMP
                                                   UNITED STATES DISTRICT JUDGE

Copies to:
All counsel of record